

Tammy Deloach
Senior Paralegal

January 15, 2020

Wesley Phillips
Shelnutt & Varner
113 Rainbow Ind Blvd
Rainbow City, AL 35906

**Re:** Charter Subscriber Information Request Dated
**Charter Case ID:** 96843

Dear Wesley Phillips,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information.  Please note that a cable operator, such as Charter, must protect its subscribers' privacy in compliance with Section 631 of the Communications Act of 1934 (codified at 47 U.S.C. § 551), pursuant to which Charter may not provide subscriber information to a third party without first ensuring compliance with the requirements of Section 631(c). This section requires written subscriber consent before their information can be disclosed to third parties. Because there is no written consent from the subscriber, Charter must determine if one of the exceptions in Section 631(c)(2) has been met before making any disclosure.  The exception applicable here is in Section 631(c)(2)(B), which requires a court order and notice to the subscriber before disclosure of any information could be made.  Since a court order has not been issued in this case, Charter cannot disclose the information you requested to you under this exception.

If you intend to obtain a court order or subscriber consent, please send the documents by email to leroc@charter.com or by facsimile within thirty (30) days of this letter.  In any correspondence, please reference the Charter case number that is printed above.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9746. When calling, please reference Charter case number 96843.

Respectfully,

*Tammy Deloach*

Tammy Deloach, Senior Paralegal
tammy.deloach@charter.com
www.charter.com/lea

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 F: 314-909-0609 Email: leroc@charter.com

**SUBSCRIBER RECORD**

| Target Details | (334)639-4730 |
|---|---|
| Subscriber Name: | N/A |
| Subscriber Address: | N/A |
| User Name or Features: | N/A |
| Phone number: | N/A |

| Target Details | (334)639-4731 |
|---|---|
| Subscriber Name: | N/A |
| Subscriber Address: | N/A |
| User Name or Features: | N/A |
| Phone number: | N/A |